# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Susanne E. Sharrow−Christopher

                    Plaintiff,

v.                                      Case No.: 1:18−cv−05885

                                      Honorable Ruben Castillo

MRS BPO, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 26, 2018:

      MINUTE entry before the Honorable Ruben Castillo: After careful review of the Notice of Settlement [13], the Court hereby dismisses this lawsuit without prejudice subject to the filing of a stipulation or appropriate settlement documents within 45 days. The status hearing set for 11/13/2018 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.